# FERTITTA REYNAL, L.L.P.

March 6, 2019

Via ECF

The Honorable Brian M. Cogan
United State District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **United States v. Jeffrey Shulse, et al., No. 1:16-cr-640-BMC**

Dear Judge Cogan:

    We represent Jeffrey Shulse in the above-captioned matter. We respectfully write to request that Mr. Shulse's bond conditions be modified to allow him to travel to Los Angeles, California, with his family during Spring Break, on March 9, 2019. He will return to Houston, Texas, on March 14, 2019.

    We further respectfully request that Mr. Shulse's travel condition be modified to allow him to attend a managers' meeting in Las Vegas, Nevada, on March 21, 2019 through March 24, 2019.

    We have conferred with the AUSA, David Pitluck, and the Pretrial services office and both parties are unopposed to this request.

    Respectfully submitted,

    /s/ F. Andino Reynal
    F. Andino Reynal

cc:    All counsel of record via ECF
        Melissa Siberon, U.S. Pretrial Services, via email