# FERTITTA REYNAL, L.L.P.

July 8, 2019

VIA ECF
The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **United States v. Jeffrey Shulse, et al., No. 1:16-cr-640-BMC**

Dear Judge Cogan:

    We represent Jeffrey Shulse in the above-captioned case. We respectfully request that Mr. Shulse's bond conditions be modified to allow him to travel to New York from July 10 to July 12, 2019 for work.

    The Government is unopposed to this request. We have attempted to reach Mr. Shulse's pretrial services officer but have been unsuccessful because of the holiday schedule. Because of the time sensitive nature of this request and because Pretrial Services has always approved work related travel in the continental United States, we have chosen to submit this request at this time.

                        Respectfully submitted,

                        /s/ F. Andino Reynal

cc:    All counsel of record via ECF
        Melissa Siberon, U.S. Pretrial Services, via email